IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mykola Kyrychay,<br><br>　　　　Petitioner,<br><br>vs.<br><br>Alberto R. Gonzales,<br><br>　　　　Respondent. | No. CV 07-528-PHX-ROS<br><br>**ORDER** |

　　Petitioner Mykola Kyrychay filed a Petition for Writ of Habeas Corpus, arguing that her detention pending removal under 8 U.S.C. § 1231(a) is unlawful. (Doc. 1). This matter was referred to Magistrate Judge Glenda E. Edmonds, who issued a Report and Recommendation ("R&R") recommending that the Court deny the Petition on August 20, 2007. (Doc. 15). The Magistrate Judge advised the parties that they had ten days to file objections to the R&R. Id. No objections were filed.

　　The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); see also 28 U.S.C. § 636(b)(1)(C). The Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." Thomas v. Arn, 474 U.S. 140, 153 (1985); see also Schmidt v. Johnstone, 263

F. Supp. 2d 1219 (D. Ariz. 2003); Meeker v. Stewart, No. CV 05-1654, 2006 WL 3499927 (D. Ariz. Dec. 1, 2006) (Silver, J.).  Because no objection has been made, the Court will adopt the R&R.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 15) is **ADOPTED**.

**IT IF FURTHER ORDERED** that the Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED.**

**IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**.

DATED this 5th day of October, 2007.

_____
Roslyn O. Silver
United States District Judge